| Prob 22<br>(2/98)<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran Court)<br>5:02CR19-3-V |
|---|---|
| | DOCKET NUMBER (Rec Court)<br>07 CRIM 723 |



| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>Sha-Kena Ann Fondeur<br>Bronx, New York | DISTRICT Western District North Carolina |
|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Richard L. Voorhees |

| | | | |
|---|---|---|---|
| | DATES OF PROB/TSR RELEASE | FROM<br>10/29/04 | TO<br>10/28/07 |

**OFFENSE**

21 U.S.C. § 841 and 846, Conspiracy to Possess with Intent to Distribute and Distribute, A Quantity of Hydromorphone and Oxycondone, Schedule II Controlled Substances

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

   IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7-19-07_____
Date

_____
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 0 6 2007

_____
Date

_____
United States District Judge

Magistrate

