REQUEST FOR COURT ACTION / DIRECTION



| | | |
|---|---|---|
| TO: | HONORABLE PART ONE MAGISTRATE | OFFENSE: CT 1. CONSPIRACY TO DISTRIBUTE AND POSSES WITH INTENT TO DISTRIBUTE HYDROMORPHONE AND OXYCODONE. 21 USC 841 AND 846 CLASS C FELONY |
| | | ORIGINAL SENTENCE: THIRTY-SEVEN MONTHS CUSTODY AND THREE YEARS OF SUPERVISION. |
| FROM: | TIMOTHY S. MURPHY<br>Supervising U.S. Probation Officer | SPEC. CONDITIONS: 1. SUBSTANCE ABUSE TREATMENT AND TESTING AS DETERMINED BY USPO. 2. PAYMENT OF COURT APPOINTED COUNSEL FEES. |
| | | AUSA: D. SCOTT BROYLES- WD/NO CAROLINA |
| RE: | FONDEUR, SHA-KENA<br>Docket # 02- CR-019-031(WD/NC) | |

07 CRIM. 723

DATE OF SENTENCE:   MARCH 3, 2003

DATE:   JULY 25, 2007

ATTACHMENTS:   PSI X     JUDGMENT X     PREVIOUS REPORTS

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

---

## TRANSFER OF JURISDICTION

**SUMMARY OF SUPERVISION:**

Paul Bartley was sentenced in the Western District of North Carolina by the Honorable Richard L. Voorhees, U.S. District Court Judge, on March 3, 2003 to a period of 37 months of custody, and three years of supervised release. The Court imposed a the special conditions of supervision noted above.

Fonduer was released to supervision in the Southern District of New York on October 29, 2004, to reside with her father at 740 East 178th Street in the Bronx, then subsequently secured independent residence, and currently resides at 728 Metcalf Ave. in the Bronx.

Fondeur, Sha-Kena                                                                                               P36935-T.Murphy

2

The United States Probation Office accepted supervision in this case on the date of release, and soon thereafter, verified the residence provided by Fondeur, and all subsequent residences.

Fonduer is employment as a dispatch operator with Dial Seven Car Service, located in Queens, New York.

The delay in requesting jurisdiction was due to the fact that the sentencing Court imposed a condition for Fondeur to re-pay the cost of her legal representation, at a cost of $2,075. Due to ongoing medical problems, employment was not always steady, and the Supervising U.S. Probation Officer petitioned the sentencing Court in June 2006 to remove this Order, which was granted on August 16, 2006.

Since that time, Fondeur has sustained a felony arrest in Manhattan, for Grand Larceny and Possession of a Forged Instrument, and these charges are pending in Manhattan Supreme Court.

**RECOMMENDATION :**

At this time the United States Probation Office recommends that jurisdiction be accepted in this case.

Fondeur has always had ties to the Southern District of New York, with primary and secondary family residing in the Bronx and Manhattan. She currently is the legal guardian for her eleven year old niece, and she is employed full-time in Queens

Due to the nature of the pending charges, we request the assignment of a local District Judge who will be able to review any non-compliance reports that are submitted, and if necessary, move towards revocation of Fondeur's supervision.

Enclosed are two Probation Form 22s, authorizing a transfer of jurisdiction from the Western District of North Carolina, signed by Judge Voorhees on July 19, 2007, along with a copy of the Judgement and pre-sentence investigation report.

If the Court is in agreement with the recommendation, please present these forms for assignment of a local Judge, and return one copy to the U.S. Probation Office who will advise the transferring Court of the decision.

If there are any questions regarding this matter, the Supervising United States Probation Officer may be contacted at 805-0035. Your attention to this matter is greatly appreciated.

Fondeur, Sha-Kena                                    P36935-T.Murphy

3

                Sincerely requested,

                Chris J. Stanton
                Chief U.S. Probation Officer

                Timothy S. Murphy
                Supervising United States Probation Officer